Decided October 4, 1994

ROBERT L. PATRON ET AL. *v.* SIMON KONOVER ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 35 Conn. App. 504 (AC 12076), is denied.

*Richard P. Weinstein,* in support of the petition.

*Richard C. Robinson,* in opposition.

Decided October 4, 1994

TOWN OF MONROE *v.* JOHN C. MANDANICI, JR., ET AL.

The named defendant's petiton for certification for appeal from the Appellate Court, 34 Conn. App. 915 (AC 12922), is denied.

*Joseph R. Mirrione,* in support of the petition.

*William J. Varese,* in opposition.

Decided October 13, 1994

HELEN F. MISINONILE *v.* JOSEPH C. MISINONILE

The plaintiff's petition for certification for appeal from the Appellate Court, 35 Conn. App. 228 (AC 12581), is denied.

*Abraham I. Gordon* and *Ronald D. Japha,* in support of the petition.

*Thomas J. Rosati,* in opposition.

Decided October 13, 1994